STATE OF NEW JERSEY v. WILLIAM HOUTH.

September 5, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MARIA ORTIZ AND
WILFREDO RODRIGUEZ.

September 5, 1985.

Petition for certification denied. (See 202 *N.J.Super.* 233)

STATE OF NEW JERSEY v. WILFREDO RODRIGUEZ.

September 5, 1985.

Cross-petition for certification denied. (see 202 *N.J.Super.* 233)

STATE OF NEW JERSEY v. MARIA ORTIZ.

September 5, 1985.

Cross-petition for certification denied. (see 202 *N.J.Super.* 233)